IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CT-3069-FL

| T. THORNE-El, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

The matter is before the court on plaintiff's motion to correct the caption of this action (DE # 16) to change the spelling of his name. The caption currently refers to plaintiff as Terry Lee Thorne. Plaintiff requests that the spelling of his name be changed to T. Thorne-El. For good cause shown, plaintiff's motion (DE # 16) is GRANTED, and plaintiff shall hereinafter be referred to as T. Thorne-El.

SO ORDERED, this the 10th day of June, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge